# Court of Appeals
# of the State of Georgia

ATLANTA,  January 09, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0168.  ORLANDO MATHEWS v. THE STATE.**

On November 6, 2012, the trial court denied Orlando Mathews's extraordinary motion for new trial and extraordinary motion in arrest of judgment, and based thereon, denied Mathews's motion for appointment of counsel.  Mathews filed an application for discretionary appeal from this order on December 11, 2012.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Mathews filed his application 35 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/09/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*